[No. 53458-1-I. Division One. April 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER NOLAN TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03705-4, Mary Roberts, J., entered November 4, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53489-1-I. Division One. April 4, 2005.]

THE ESTATE OF SANDRA LAMONTAGNE ET AL., *Appellants*, v. BRISTOL-MYERS SQUIBB ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-19742-0, Cheryl B. Carey, J., entered December 5, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Baker, J. Now published at 127 Wn. App. 335.

[No. 53493-9-I. Division One. April 4, 2005.]

INFOSPACE, INC., ET AL., *Appellants*, v. FOCUS INTERACTIVE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-36176-3, Mary Roberts, J., entered December 5, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 53674-5-I. Division One. April 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RAY NICHOLAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08185-8, Anthony P. Wartnik, J., entered December 22, 2003. *Affirmed* by unpublished per curiam opinion.